IT IS SO ORDERED

*James Ware*

Judge James Ware

8/12/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILSON TURNER KOSMO LLP
ROBIN A. WOFFORD (137919)
THERESA OSTERMAN STEVENSON (129272)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** rwofford@wilsonturnerkosmo.com
**E-mail:** tstevenson@wilsonturnerkosmo.com

Attorneys for Defendant
EQUILON ENTERPRISES LLC dba
SHELL OIL PRODUCTS US

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARILYN JO CHINIVASAGAM, | Case No. 5:09-CV-03136-JW (PVT) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY THIRTY (30) DAYS** |
| v. | |
| EQUILON ENTERPRISES, LLC a Delaware limited liability company dba Shell Oil Products US, and DOES 1 through 10, Inclusive, | **Local Rule 6-1** |
| | Complaint Filed: July 10, 2009 |
| Defendants. | Ct. Rm.: 8 |
| | Judge: Hon. James Ware |
| | M. Judge: Hon. Patricia V. Trumbull |
| | Trial Date: Not Set |

Pursuant to Northern District of California Local Rule 6-1, Plaintiff Marilyn Jo Chinivasagam ("Plaintiff") and Defendant Equilon Enterprises LLC d/b/a Shell Oil Products US ("Defendant"), by and through their respective counsel, stipulate that Defendant shall have until September 10, 2009 to answer or otherwise respond to the Complaint in this action which was served upon it on July 22, 2009. Defendant hereby reserves all defenses and objections, including any defenses based upon lack of jurisdiction.

Pursuant to Local Rule 6-1, the parties may stipulate in writing to such an extension without a Court Order. This Stipulation extends the time to respond for thirty (30) days.

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY THIRTY (30) DAYS

1       This Stipulation is entered into to permit the parties time to attempt to resolve the issues

2   between them to avoid unnecessary or duplicative pleadings and/or potentially narrow the issues that

3   may be disputed in responsive pleadings.

4       This stipulation may be executed in counterparts with the same force and effect as if

5   executed in one complete document, and facsimile signatures shall have the same force and effect as

6   originals.

7       IT IS SO STIPULATED.

8

9                                              **BLEAU/FOX, a P.L.C.**

10

11  Dated: _8/3/09_                            By: _____

12                                             THOMAS P. BLEAU
                                               Attorneys for Plaintiff
13                                             MARILYN JO CHINIVASAGAM

14                                             **WILSON TURNER KOSMO LLP**

15

16  Dated: _8/3/09_                            By: _____

17                                             ROBIN A. WOFFORD
                                               THERESA OSTERMAN STEVENSON
                                               Attorneys for Defendant
18                                             EQUILON ENTERPRISES LLC dba
                                               SHELL OIL PRODUCTS US

19

20

21

22

23

24

25

26

27

28
                                          -2-        Case No. 5:09-CV-03136-JW (PVT)
─────────────────────────────────────────────────────────
                STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
                   COMPLAINT BY THIRTY (30) DAYS