IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARILYN JO CHINIVASAGAM, | Case No. 5:09-CV-03136-JW (PVT) |
| Plaintiff, | **ORDER DENYING STAY; EXTENDING TIME FOR DEFENDANT TO ANSWER** |
| v. | |
| EQUILON ENTERPRISES, LLC a Delaware limited liability company dba Shell Oil Products US, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

Presently before the Court is the parties' Stipulation to stay the case for 30 days or in the alternative to give Defendants until December 10, 2009 to file its Answer to assist the parties in their ADR efforts. (Docket Item No. 11.) The Court DENIES the parties' Stipulation to Stay since this case is not scheduled for an Initial Case Management until January 11, 2010. However, the Court finds good cause to extend the time for Defendants to file its Answer. Accordingly, on or before **December 10, 2009**, Defendants shall file and serve its Answer.

Dated:  October 15, 2009

*James Ware*
_____
JAMES WARE
United States District Judge