| | |
|---|---|
| 1 | BLEAU/FOX, a P.L.C. |
| | THOMAS P. BLEAU (152945) |
| 2 | 3575 Cahuenga Boulevard West, Suite 580 |
| | Los Angeles, California 90068 |
| 3 | Telephone: (323) 874-8613 |
| | Facsimile: (323) 874-1234 |
| 4 | **E-mail:** bleaushark@aol.com |
| | Attorneys for Plaintiff |
| 5 | MARILYN JO CHINIVASAGAM |
| 6 | WILSON TURNER KOSMO LLP |
| | ROBIN A. WOFFORD (137919) |
| 7 | THERESA OSTERMAN STEVENSON (129272) |
| | 550 West C Street, Suite 1050 |
| 8 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 9 | Facsimile: (619) 236-9669 |
| | **E-mail:** rwofford@wilsonturnerkosmo.com |
| 10 | **E-mail:** tstevenson@wilsonturnerkosmo.com |
| 11 | Attorneys for Defendant |
| | EQUILON ENTERPRISES LLC dba |
| 12 | SHELL OIL PRODUCTS US |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARILYN JO CHINIVASAGAM, | Case No. 5:09-CV-03136-JW (PVT) |
| Plaintiff, | **STIPULATION OF PARTIES TO AMEND COUNTERCLAIM TO NAME ADDITIONAL COUNTER DEFENDANT AND TO AMEND ANSWER TO COMPLAINT AND [PROPOSED] ORDER THEREON** |
| v. | |
| EQUILON ENTERPRISES, LLC a Delaware limited liability company dba Shell Oil Products US, and DOES 1 through 10, Inclusive, | |
| Defendants. | Complaint Filed: July 10, 2009 |
| EQUILON ENTERPRISES LLC, a Delaware limited liability company dba Shell Oil Products US, | Ct. Rm.: 8<br>Judge: Hon. James Ware<br>M. Judge: Hon. Patricia V. Trumbull<br>Trial Date: Not Set |
| Defendant and Counter-Claimant, | |
| v. | |
| MARILYN JO CHINIVASAGAM, and DOES 1 through 10, Inclusive, | |
| Plaintiff and Counter-Defendants. | |

-1- Case No. 5:09-CV-03136-JW (PVT)
STIPULATION OF PARTIES TO AMEND COUNTERCLAIM TO NAME ADDITIONAL
COUNTER DEFENDANT AND TO AMEND ANSWER TO COMPLAINT

IT IS HEREBY STIPULATED, by and between the parties Plaintiff and Counter-Defendant MARILYN JO CHINIVASAGAM (hereafter "Chinivasagam") and Defendant and Counter-Claimant EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, ("hereafter "Equilon"), through their respective counsel as follows:

1. This action was commenced by the filing of a Complaint in this Court on July 10, 2009, entitled, *Marilyn Jo Chinivasagam v. Equilon Enterprises, LLC, a Delaware limited liability company dba Shell Oil Products US, and DOES 1 through 10, Inclusive*. Thereafter, on November 4, 2009, Equilon filed its Answer to the Complaint and filed a Counterclaim naming as Counter-Defendants Chinivasagam and Does 1 through 10, inclusive.

2. After the filing of its Answer and Counter-Claim, and through the course of investigation and discovery of the claims in this action, additional information has revealed that Equilon needs to amend its Counterclaim to add an additional party as a Counter-Defendant to this action, namely, Palamas Investments, Inc., a California corporation, doing business as Country Club Auto Service. In addition, based upon this additional information Equilon needs to amend its Answer to the original Complaint and add pertinent affirmative defenses thereon.

3. Pursuant to Federal Rules of Civil Procedure, Rule 15 (a), a party may amend its pleadings by leave of court or by written consent of the adverse party, and leave shall be freely given when justice so requires.

4. In accordance with Local Rule 10-1, a complete copy of the proposed Amended Counterclaim and proposed Amended Answer are attached hereto and incorporated herein as Exhibits A and B, respectively.

Thus, IT IS HEREBY STIPULATED, subject to this Court's approval, that Defendant and Counterclaimant Equilon Enterprises LLC shall have leave to file the Amended Counterclaim and Amended Answer attached hereto as Exhibits A and B.

-2- Case No. 5:09-CV-03136-JW (PVT)
STIPULATION OF PARTIES TO AMEND COUNTERCLAIM TO NAME ADDITIONAL
COUNTER DEFENDANT AND TO AMEND ANSWER TO COMPLAINT

| | |
|---|---|
| 1 | IT IS FURTHER STIPULATED, subject to this Court's approval, that Chinivasagam's |
| 2 | counsel of record herein shall accept service of Equilon's First Amended Counterclaim on behalf of |
| 3 | both Counter-Defendant Chinivasagam and newly added Counter-Defendant Palamas Investments, |
| 4 | Inc. and that the responsive pleading for both Counter-Defendants shall be due within twenty (20) |
| 5 | days of the filing of this amended pleading. |

Dated: 12-23-09

WILSON TURNER KOSMO LLP

By: _____
Robin A. Wofford
Theresa Osterman Stevenson
Attorneys for Defendant
EQUILON ENTERPRISES LLC DBA SHELL
OIL PRODUCTS US

Dated: 12-22-09

BLEAU/FOX, a P.L.C.

By: _____
THOMAS P. BLEAU
GENNADY L. LEBEDEV
SAM HELMI
Attorneys for Plaintiff and Counter Defendant
MARILYN JO CHINAVASAGAM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Defendant shall file the First Amended Counterclaim and Amended Answer to the Complaint as *separate* docket entries on or before January 15, 2010.

Dated: January 11, 2010        By: _____
HONORABLE JAMES WARE

-3-    Case No. 5:09-CV-03136-JW (PVT)
STIPULATION OF PARTIES TO AMEND COUNTERCLAIM TO NAME ADDITIONAL
COUNTER DEFENDANT AND TO AMEND ANSWER TO COMPLAINT