BLEAU/FOX, A.P.L.C.
THOMAS P. BLEAU (152945)
MARTIN R. FOX (155783)
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234
**E-mail:** bleaushark@aol.com
**E-mail:** mfox@bleaufox.com
Attorneys for Plaintiff
MARILYN JO CHINIVASAGAM

WILSON TURNER KOSMO LLP
ROBIN A. WOFFORD (137919)
THERESA OSTERMAN STEVENSON (129272)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
**E-mail:** rwofford@wilsonturnerkosmo.com
**E-mail:** tstevenson@wilsonturnerkosmo.com

Attorneys for Defendant and Counter-Claimant
EQUILON ENTERPRISES LLC dba
SHELL OIL PRODUCTS US

DENIED WITHOUT PREJUDICE
Judge James Ware
1/20/2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARILYN JO CHINIVASAGAM,<br><br>Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC a Delaware limited liability company dba Shell Oil Products US, and DOES 1 through 10, Inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 5:09-CV-03136-JW (PVT)<br><br>**STIPULATION FOR MAGISTRATE JUDGE SETTLEMENT CONFERENCE**<br><br>Complaint Filed: July 10, 2009<br><br>Ct. Rm.: 8<br>Judge: Hon. James Ware<br>M. Judge: Hon. Patricia V. Trumbull<br>Trial Date: Not Set |

-1- Case No. 5:09-CV-03136-JW (PVT)
STIPULATION FOR MAGISTRATE JUDGE SETTLEMENT CONFERENCE

1    IT IS HEREBY STIPULATED, by and between the parties, Plaintiff and Counter-Defendant Marilyn Jo Chinivasagam (hereafter "Chinivasagam"), Counter-Defendant Palamas Investments Inc. (hereafter "Palamas"), and Defendant and Counter-Claimant Equilon Enterprises LLC dba Shell Oil Products US, ("hereafter "Equilon"), through their respective counsel as follows:

1. Pursuant to Civil L.R. 16-8 and ADR L.R. 3.5 counsel for the parties have met and conferred and have participated in the ADR Phone Conference with ADR Program Staff Attorney G. Daniel Bowling. The parties believe the best method to resolve this case is by participating in a settlement conference with a Magistrate Judge as soon as practicable.

2. There are some serious environmental concerns which have arisen since Plaintiff has remained in control of the personal property, in particular the underground storage tank system, the associated lines and/or motor fuel dispensing equipment (hereinafter "UST System"). The parties are mandated by law to ensure compliance with all State and Federal Environmental Laws and Regulations with regard to the UST systems and because ownership of the personal property remains in dispute the ability to comply with these requirements has become problematic as Equilon has no control over Plaintiff's use of the property. Thus in order to avoid any environmental violations the parties want to try and settle this case as soon as possible so proper monitoring of the UST system can continue without risk of an environmental problem.

///
///

2. Based upon the foregoing, the parties hereby stipulate to participate in a Settlement Conference before a Magistrate Judge and because of the environmental risks request that the Settlement Conference be set as soon as possible.

SO STIPULATED:

Dated: December 31, 2009         **WILSON TURNER KOSMO LLP**

By: /s/ ROBIN A. WOFFORD
Robin A. Wofford
Theresa Osterman Stevenson
Attorneys for Defendant and Counter-Claimant
EQUILON ENTERPRISES LLC
dba SHELL OIL PRODUCTS US

Dated: December 31, 2009         **BLEAU/FOX, a P.L.C.**

By: /s/ THOMAS P. BLEAU
THOMAS P. BLEAU
MARTIN R. FOX
GENNADY L. LEBEDEV
SAM HELMI
Attorneys for Plaintiff and Counter-Defendant
MARILYN JO CHINAVASAGAM

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The Stipulation is denied as premature and without prejudice to being renewed once the parties have taken some initial discovery and find that a Settlement Conference with a Magistrate would still be fruitful.

Dated: January 20, 2010         By: /s/ James Ware
HONORABLE JAMES WARE

-3-   Case No. 5:09-CV-03136-JW (PVT)
STIPULATION FOR MAGISTRATE JUDGE SETTLEMENT CONFERENCE