UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARILYN JO CHINIVASAGAM,<br><br>           Plaintiff,<br><br>   v.<br><br>EQUILON ENTERPRISES, LLC,<br><br>           Defendant. | Case No.: C 09- 3136 JW (PVT)<br><br>**INTERIM ORDER re Parties Proposed Form of Protective Order** |

    Currently pending before the court is the parties proposed form of protective order to govern the handling of confidential information produced or used in connection with this case. Based on the parties' proposed form of order,

    IT IS HEREBY ORDERED that, no later than February 26, 2010, the parties shall file a revised form of protective order that:

    1.    Adds to the language of the "Agreement to Comply With Protective Order" at page 7, lines 4-10, a space for the date and docket number of the protective order;

    2.    Conforms Paragraph 17 to Paragraph 8 of this court's model form of stipulated protective order (copies of the model form of stipulated protective order are available from the clerk of the court or the court's website at www.cand.uscourts.gov);

    3.    Replaces Paragraphs 18 and 19 with Paragraph 10 of the court's model form of stipulated protective order. Absent a court order with regard to a specific document, all documents submitted to the court in connection with any kind

of motion, application, petition or other pretrial proceeding must be *filed*, not lodged.

4. Eliminates Paragraph 28. If a party believes a document fits the categories set forth in that paragraph, the procedure set forth in Paragraph 24 should be followed.

5. Eliminates Paragraph 29. If a party believes that someone already has or has obtained legitimate possession of a Confidential or Attorneys' Eyes Only information, the party shall seek the designating party's written permission, or a court order, allowing the party or counsel to discuss the information with that individual;

6. Revises Paragraph 30 to require notification by at least one other means in addition to facsimile transmission;

7. Eliminates Paragraph 35. All materials filed under seal become part of the official court record and will not be returned to the parties.

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the provisions of the parties' proposed form of protective order, as modified herein, shall govern the handling of confidential information produced or disclosed during discovery in this case.

Dated: *1/27/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge