IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Marilyn Jo Chinivasagam, | NO. C 09-03136 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; REFERRING CASE TO JUDGE TRUMBULL FOR SETTLEMENT CONFERENCE** |
| v. | |
| Equilon Enterprises, LLC, | |
| Defendant. | |

On May 17, 2010, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) The Court CONTINUES the currently scheduled June 14, 2010 hearing on Defendant's Motion for Summary Judgment (Docket Item No. 37) to **July 12, 2010 at 9 a.m.**

(2) Plaintiff and Counter-Defendant Palamas Investments, Inc. ("Palamas") shall notice their anticipated Motion for Preliminary Injunction for **July 12, 2010 at 9 a.m.**, to be heard by the Court concurrent with Defendant's Motion for Summary Judgment. The Motion shall include a good faith representation of the fair market value of the equipment at issue in this case and the fair market value of Plaintiff and Palamas' use of the equipment since the termination of the franchise agreement at issue. Prior to filing the Motion, Plaintiff and Counter-Defendant Palamas shall make a good faith

offer to Defendant to tender an amount equal to the fair market value of the equipment.

(3) The parties are referred to Magistrate Judge Trumbull for the purpose of settlement. On or before **May 24, 2010**, the parties shall contact Judge Trumbull to schedule a settlement conference.

(4) Following the hearing on **July 12, 2010**, the Court will conduct a Preliminary Pretrial Conference at **10 a.m.**  On or before **July 2, 2010**, the parties shall file a Joint Statement updating the Court on the progress of any settlement efforts and the parties' readiness for trial.

(5) The Court orders that Thomas Paul Bleau, Lead Counsel for Plaintiff appear at the July 12, 2010 hearing and Preliminary Pretrial Conference and any settlement conference ordered by Judge Trumbull.

Dated:  May 20, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robin Assaf Wofford rwofford@wilsonturnerkosmo.com
Theresa Osterman Stevenson tstevenson@wilsonturnerkosmo.com
Thomas Paul Bleau bleaushark@aol.com

**Dated: May 20, 2010**                                         **Richard W. Wieking, Clerk**

                                                    **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California