**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARILYN JO CHINIVASAGAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUILON ENTERPRISES, LLC a Delaware limited liability company dba Shell Oil Products US, and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants.<br>―――――――――――――――――――<br>EQUILON ENTERPRISES LLC, a Delaware limited liability company dba Shell Oil Products US,<br><br>　　　　Defendant and Counter-Claimant,<br><br>　　v.<br><br>MARILYN JO CHINIVASAGAM, and DOES 1 through 10, Inclusive,<br><br>　　　　Plaintiff and Counter-Defendants. | Case No. 5:09-CV-03136-JW (PVT)<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE OF DATE UPON WHICH DEFENDANT SHALL LODGE AND SERVE ITS INITIAL EXPERT DESIGNATION AND REPORT AND DATE BOTH PARTIES SHALL DISCLOSE REBUTTAL EXPERTS<br><br>Complaint Filed:  July 10, 2009<br><br>Ct. Rm.:　　8<br>Judge:　　Hon. James Ware<br>M. Judge:　Hon. Patricia V. Trumbull<br>Trial Date:　Not Set<br><br>Current Deadlines: June, 14, and 28, 2010<br>New Deadlines: July 9 and 23, 2010 |

　　The parties hereto, by and through their respective counsel, having entered a Stipulation to continue the date upon which Defendant Equilon Enterprises LLC must lodge and serve its initial expert disclosures and report and the date upon which both parties shall make rebuttal expert

1  disclosures, and having filed both the Stipulation and a Declaration in support thereof, reflecting that
2  the parties are not requesting a continuance of the August 16, 2010 date for close of discovery set
3  forth in this Court's Scheduling Order, dated January 20, 2010 [Docket 29], and do not anticipate the
4  stipulated change in expert disclosures dates will cause delay in proceeding to trial in a timely
5  manner; and having found good cause therefore,

6      IT IS HEREBY ORDERED that that the parties' Stipulation be, and the same is hereby
7  APPROVED, and that last day for Equilon to lodge with the Court and serve on all other parties the
8  name, address, qualifications, resume and written report of its expert(s) which complies with Fed. R.
9  Civ. P. 26(a)(2)(B) shall be July 9, 2010, and that the parties shall make the disclosures of rebuttal
10 expert witnesses, required by Fed. R.Civ.P. 26(a)(2)(B) no later than July 23, 2010.
   All other deadlines remain unchanged.

   Dated: June 3, 2010

   _____
   HONORABLE JAMES WARE

-2-   Case No. 5:09-CV-03136-JW (PVT)
[PROPOSED] ORDER GRANTING CONTINUANCE OF DATE OF EXPERT DESIGNATION