**DENIED**

*James Ware*
Judge James Ware

8/10/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARILYN JO CHINIVASAGAM, | Case No. 5:09-CV-03136-JW (PVT) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PARTIES' RIGHT TO COMPLETE DISCOVERY AFTER CURRENT DISCOVERY CUT-OFF DATE** |
| v. | |
| EQUILON ENTERPRISES, LLC a Delaware limited liability company dba Shell Oil Products US, and DOES 1 through 10, Inclusive, | Complaint Filed: July 10, 2009 |
| Defendants. | Ct. Rm.: 8<br>Judge: Hon. James Ware<br>M. Judge: Hon. Patricia V. Trumbull |
| EQUILON ENTERPRISES LLC, a Delaware limited liability company dba Shell Oil Products US, | Trial Date: Not Set |
| Defendant and Counter-Claimant, | Current Deadlines: June, 14, and 28, 2010<br>New Deadlines: July 9 and 23, 2010 |
| v. | |
| MARILYN JO CHINIVASAGAM, and DOES 1 through 10, Inclusive, | |
| Plaintiff and Counter-Defendants. | |

The parties hereto, by and through their respective counsel, having entered a Stipulation to preserve their rights to complete discovery after the currently set discovery cut-off of August 16, 2010, if necessary after appeal, and to avoid unnecessary costs and attorneys' fees in proceeding with

-1-    Case No. 5:09-CV-03136-JW (PVT)

**[PROPOSED] ORDER GRANTING PARTIES' RIGHT TO COMPLETE DISCOVERY AFTER CURRENT DISCOVERY CUT-OFF DATE**

discovery at this time, in light of this Court's order, dated July 13, 2010, [Docket 70], except that discovery specifically directed to the determination of fair rental value as claimed in Equilon's cross-claims. Having found good cause therefor,

IT IS HEREBY ORDERED that except for the responses to Equilon's Request for Admission no. 27 and Interrogatories nos. 24 and 25, served upon Marilyn Chinivasagam on or about July 12, 2010, and Equilon's Request for Admission no. 11, and Interrogatories nos. 14, 15, and 16, served upon Palamas on or about July 12, 2010, discovery and discovery issues in this action that have been noticed and pending, and/or anticipated between them, including: the depositions of Chinivasagam and Palamas; the depositions of the parties' designated experts, Eve Williams and Yvonne Broszus; Equilon's second set of interrogatories, requests for production, and requests for admission propounded upon Chinivasagam and Palamas; supplemental disclosures; and a motion to compel the production of certain financial information from Chinivasagam and Palamas, are hereby STAYED, pending further Order of this Court. Should any party successfully appeal this Court's Order, dated July 13, 2010, and/or the Court's future order on Equilon's cross-claims, discovery and discovery-related motions regarding the stayed discovery will be re-opened to a date to be set by the Court, upon remand of this action, prior to trial on the merits of their respective claims.

Dated: August 10, 2010

DENIED
Judge James Ware

HON. JAMES WARE
United States District Judge

-2-   Case No. 5:09-CV-03136-JW (PVT)

[PROPOSED] ORDER GRANTING PARTIES' RIGHT TO COMPLETE DISCOVERY
AFTER CURRENT DISCOVERY CUT-OFF DATE